681 A.2d 1339

**Harry F. SMITH, Appellant,**

v.

**Ernest PREATE, Joseph Lehman, Allen Castor, Raymond P. McGinnis, and Charles Zimmerman, Appellees.**

Supreme Court of Pennsylvania.

Sept. 17, 1996.

### *ORDER*

PER CURIAM.

AND NOW, this 17th day of September, 1996, the Motion for Appointment of Counsel is denied. The Order of the Commonwealth Court is affirmed.

NEWMAN, J., did not participate in the consideration or decision of this matter.